**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CRYSTAL D. BOWERS, #10193-003,** | : |
| **Plaintiff,** | : |
| **vs.** | :   **CIVIL ACTION 08-0482-CG-N** |
| **CORRECTIONAL MEDICAL SERVICES,** | : |
| **Defendant.** | : |

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue

raised, and there having been no objections filed, the Report and Recommendation of the

Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(A) is **ADOPTED** as the opinion of this

Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as

frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 25th day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE