IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CRYSTAL D. BOWERS, #10193-003,** | : |
| **Plaintiff,** | : |
| **vs.** | :     CIVIL ACTION 08-0482-CG-N |
| **CORRECTIONAL MEDICAL SERVICES,** | : |
| **Defendant.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 25th day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE